FILED '07 FEB 13 14:39 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL WALLACE FRE'ES, )
                       )  Civil No. 05-1391-PK
        Plaintiff(s),  )
                       )  **ORDER**
    v.                 )
                       )
BRIAN BELLEQUE,        )
                       )
        Defendant(s).  )

Based on the record,

IT IS ORDERED that Petitioner's MOTION TO VOLUNTARILY DISMISS PETITION [27-1] is GRANTED and that this action is DISMISSED without prejudice.

Dated this _13_ day of February, 2007.

by _____
Ancer L. Haggerty
United States District Judge